UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FLORES,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 1:16-cv-0878 (SAB)<br><br>ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))<br><br>(ECF No. 18) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees in the amount of five thousand four hundred ninety dollars and seventy four cents ($5,490.74) and expenses in the amount of nine dollars and twenty-six cents ($9.26), for **a total of five thousand five hundred dollars and zero cents ($5,500.00)**, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **September 26, 2017**

UNITED STATES MAGISTRATE JUDGE